1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTIAN ENTO,                           No.  2:13-cv-2107 KJN P

12                Plaintiff,

13          v.                                   ORDER

14    SACRAMENTO COUNTY, et al.,

15                Defendants.

16

17          Plaintiff, a county jail inmate proceeding without counsel, has filed a civil rights action

18    pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis

19    pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be

20    completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not

21    filed a certified copy of his prison trust account statement for the six month period immediately

22    preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be

23    provided the opportunity to submit a completed in forma pauperis application and a certified copy

24    in support of his application.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

27    affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

28    of Court;

                                                    1

1       2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2  Forma Pauperis By a Prisoner; and

3       3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

4  his inmate trust account statement for the six month period immediately preceding the filing of

5  the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that

6  this action be dismissed without prejudice.

7  Dated:  October 25, 2013

8

9  ento2107.3c+

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2